AMERICAN BANK & TRUST COMPANY, Appellant, v. COMPUTER PRODUCTIONS, INC., et al., Respondents.—

Concur — Stevens, P. J., Capozzoli, McGivern, Kupferman and Tilzer, JJ.